B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Murphy, Michael J** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2451** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1145 Hickory Creek Drive**<br>**New Lenox, IL**<br>ZIP Code **60451** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)     Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Murphy, Michael J** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ David M Madden**           **February 26, 2011** <br> Signature of Attorney for Debtor(s)           (Date) <br> **David M Madden** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Murphy, Michael J** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Michael J Murphy**
Signature of Debtor  **Michael J Murphy**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**February 26, 2011**
Date

### Signature of Attorney*

**X  /s/ David M Madden**
Signature of Attorney for Debtor(s)
 **David M Madden 6280517**
Printed Name of Attorney for Debtor(s)
 **David M Madden Law Offices PC**
Firm Name
 **PO Box 5658**
 **Woodridge, IL 60517**
_____
Address

 **Email: dmadden@dmaddenlaw.com**
 **(773) 454-9866  Fax: (773) 359-1548**
Telephone Number

 **February 26, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Michael J Murphy**                                                                                    Case No.
                                              Debtor(s)                                                         Chapter    **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Michael J Murphy**
**Michael J Murphy**

Date: **February 26, 2011**

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Michael J Murphy**                                                                    Case No.
                                    Debtor(s)                                                  Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                **116**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **February 26, 2011**              **/s/ Michael J Murphy**
                                          **Michael J Murphy**
                                          Signature of Debtor

Software Copyright (c) 1996-2010 Best Case Solutions  - Evanston, IL - bestcase.com                                    Best Case Bankruptcy

David M Madden
David M Madden Law Offices PC
PO Box 5658
Woodridge, IL 60517

Michael J Murphy
1145 Hickory Creek Drive
New Lenox, IL 60451

Absolute Vision Care II Ltd
Acct No xxxxxx1859
20006 S Wolf Rd
Mokena, IL 60448

Advanced Urology Associates
Acct No xxxxxx6990
812 Campus Dr
Joliet, IL 60435

Advocate Medical Group
Acct No xxxxxx8627
701 Lee St
Des Plaines, IL 60016

Amsher
Acct No xxxxxx0369
600 Beacon Parkway West, Suite 300
Birmingham, AL 35209

Arbor Center for Eyecare
Acct No xxxxxx6447
2640 W 183rd St
Homewood, IL 60430-2914

Armor Systems Co
Acct No xxxxxx5353
1700 Kiefer Dr
Suite 1
Zion, IL 60099

Armor Systems Co
Acct No xxxxxx2831
1700 Kiefer Dr
Suite 1
Zion, IL 60099

Armor Systems Co
Acct No xxxxxx2289
1700 Kiefer Dr
Suite 1
Zion, IL 60099

```
Armor Systems Co
Acct No xxxxxx2089
1700 Kiefer Dr
Suite 1
Zion, IL 60099

Armor Systems Co
Acct No xxxxxx8622
1700 Kiefer Dr
Suite 1
Zion, IL 60099

Arrow Financial Services
Acct No xxxxxx1433
5996 W Touhy Ave
Niles, IL 60714

Arrow Financial Services
Acct No xxxxxx5120
5996 W Touhy Ave
Niles, IL 60714

Asset Acceptance LLC
c/o Blitt and Gaines, P.C.
661 Glenn Ave
Wheeling, IL 60090

Asset Acceptance LLC
Acct No xxxxxx2449
PO Box 2036
Warren, MI 48090

Asset Acceptance LLC
Acct No xxxxxx0510
PO Box 2036
Warren, MI 48090

Asset Acceptance LLC
Acct No xxxxxx3641
PO Box 2036
Warren, MI 48090

Associated Urological Specialists
Acct No xxxxxx3310
PO Box 516
Bedford Park, IL 60499-0516

AT&T
Acct No xxxxxxxx5670
PO Box 6428
Carol Stream, IL 60197
```

```
AT&T
Acct No xxxxxxxxx8121
PO Box 6428
Carol Stream, IL 60197

Barons Creditors Service Corp
Acct No xxxxxx5609
155 Revere Dr
Northbrook, IL 60062

Brian Sweeney
19903 Fiona Ave
Mokena, IL 60448

Callahan, Therese
7923 Lakeview Terrace
Tinley Park, IL 60487-5164

Capital One
Acct No xxxxxx8414
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
Acct No xxxxxx0735
3905 North Dallas Parkway
Plano, TX 75093

CB USA Inc
Acct No xxxxxx0856
5252 Hohman Ave
Indianapolis, IN 46219

CB USA Inc
Acct No xxxxxx4205
5252 Hohman Ave
Indianapolis, IN 46219

CB USA Inc
Acct No xxxxxx8209
5252 Hohman Ave
Indianapolis, IN 46219

Childrens Surgical Foundation
Acct No xxxxx-QCPD
777 Oakmont Lane, Suite 1600
c/o KLO Professional Billing
Westmont, IL 60559-5577

Chrysler Financial
Acct No xxxxxx5644
PO Box 9223
Farmington, MI 48333
```

```
Citi
Acct No xxxxxx2324
Box 6000
The Lakes, NV 89163-6000

Collection Company of America
Acct No xxxxxx4512
700 Longwater Dr
Norwell, MA 02061

Collection Company of America
Acct No xxxxxx4508
700 Longwater Dr
Norwell, MA 02061

Collection Company of America
Acct No xxxxxx6327
700 Longwater Dr
Norwell, MA 02061

ComEd
Acct No xxxxxx5021
Customer Care Center, Attn: Revenue
Management Dept 2100 Swift Drive
Oak Brook, IL 60523

Credit Acceptance
Acct No xxxxxx6876
PO Box 513
Southfield, MI 48037

Credit Management LP
Acct No xxxxxx9279
4200 International Parkway
Carrolton, TX 75007

Department Stores National Bank
Acct No xxxxxx2320
PO Box 8066
Mason, OH 45040

Donald J Bush OD
10434 S Kedzie
Chicago, IL 60655

EM Strategies Ltd
Acct No xxxxxx5010
PO Box 1208
Bedford Park, IL 60499-1208

Enhanced Recovery Company LLC
Acct No xxxxxx6386
8014 Bayberry Rd
Jacksonville, FL 32256
```

```
FBCS Services
Acct No xxxxx1625
2200 Byberry Rd
Ste 120
Hatboro, PA 19040-3738

First Federal Credit Control - Columbus
Acct No xxxxxx6263
PO Box 20790
Columbus, OH 43220

Functional Therapy and Rehabilitation PC
Acct No xxxxxx3601
14301 Golden Oak Dr
Homer Glen, IL 60491

GE Money Bank
Acct No xxxxxx2353
Attn: Bankruptcy Department
PO Box 103104
Roswell, GA 30076

Harris and Harris
Acct No Multiple accounts
222 Merchandise Mart Plaza
Suite 1900
Chicago, IL 60654

Hearst Magazines
Acct No xxxxxx3236
PO Box 6000
Harlan, IA 51593

High Tech Medical Park
Acct No xxx8589
0236 Momentum Place
Chicago, IL 60689-5302

High Tech Medical Park
Acct No xxxxxx0474
0236 Momentum Place
Chicago, IL 60689-5302

IC System Inc
Acct No xxxxxx7227
444 Highway 96 East
Saint Paul, MN 55127-2557

IC System Inc
Acct No xxxxxx4001
444 Highway 96 East
Saint Paul, MN 55127-2557
```

```
Illinois Collection Service Inc
Acct No xxxxxx9239
8231 185th Street
Suite 100
Tinley Park, IL 60487

Illinois Collection Service Inc
Acct No xxxxxx8062
8231 185th Street
Suite 100
Tinley Park, IL 60487

Illinois Collection Service Inc
Acct No xxxxxx8063
8231 185th Street
Suite 100
Tinley Park, IL 60487

Illinois Collection Service Inc
Acct No xxxxxx3486
8231 185th Street
Suite 100
Tinley Park, IL 60487

Illinois Collection Service Inc
Acct No xxxxxx5475
8231 185th Street
Suite 100
Tinley Park, IL 60487

Illinois Collection Service Inc
Acct No xxxxxx5272
PO Box 1010
Tinley Park, IL 60477-9110

Illinois Department of Revenue
Bankruptcy Section, Level 7-425
100 W Randolph St
Chicago, IL 60601

Illinois Tollway
Acct No xxxxxxx9560
2700 Ogden Ave
Downers Grove, IL 60515

Internal Medicine & Family
Acct No xxxxI000
1719 Glenwood Ave
Joliet, IL 60435

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346
```

```
Jeffrey C Curtin DO
Acct No xxxxI002
PO Box 470
Palos Park, IL 60464-9998

Jon Popp
19805 Fiona Ave
Mokena, IL 60448

Kelly, Michael F
c/o Crowley & Lamb PC
350 N LaSalle St, Suite 900
Chicago, IL 60610

Kohl's
Acct No xxxxxx8152
PO Box 3043
Milwaukee, WI 53201

Lincoln Way East High School
Acct No xxxxxx1058
201 Colorado Ave
Frankfort, IL 60423

Loyola University Medical Center
Acct No xxxxxxx0014
2160 South First Ave
Maywood, IL 60153

LVNV Funding LLC
Acct No xxxxxx8627
625 Pilot Road
Suite 2
Las Vegas, NV 89119

McGinnis, Joe
c/o Michael Thomas
19430 Edgebrook
Tinley Park, IL 60487

Medical Business Bureau Inc
Acct No xxxxxx0001
1460 Renaissance Drive
Park Ridge, IL 60068

Medical Business Bureau Inc
Acct No xxxxxx9204
1460 Renaissance Drive
Park Ridge, IL 60068

Medical Reimbursement Specialists LLC
Acct No xxxxxx3310
15234 S Harlem Ave
Lower Level
Orland Park, IL 60462
```

```
Midland Credit Management
Acct No xxxxxx3884
8875 Aero Dr
San Diego, CA 92123

Midland Credit Management
Acct No xxxxxx8405
8875 Aero Dr
San Diego, CA 92123

Midland Credit Management
Acct No xxxxxx5015
8875 Aero Dr
San Diego, CA 92123

MiraMed Revenue Group
Acct No x9904, x2894, x3790, x3777
Dept 77304
PO Box 77000
Detroit, MI 48277-0304

Murphy, David
19512 Southfield Ln
Tinley Park, IL 60487

Murphy, John
19500 Forestdale Ct
Mokena, IL 60448

Mutual Hospital Services, Inc.
Acct No xxxxxx9513
2525 N Shadeland
Indianapolis, IN 46219

NCO Financial Systems, Inc.
Acct No xxxxxx3225
507 Prudential Road
Horsham, PA 19044

NCO Financial Systems, Inc.
Acct No xxxxxx2999
507 Prudential Road
Horsham, PA 19044

New Lenox School District 122
Acct No xxxxxx4091
102 S Cedar Rd
New Lenox, IL 60451

New Lenox School District 122
Acct No xxxxxx4111
102 S Cedar Rd
New Lenox, IL 60451
```

```
Nicor Gas
Acct No xx-xx-xx-x821-4
PO Box 190
Aurora, IL 60507-0190

Nicor Gas
Acct No xxxxxx2643
PO Box 190
Aurora, IL 60507-0190

Nicor Gas
Acct No xxxxxx1860
PO Box 190
Aurora, IL 60507-0190

Nicor Gas
Acct No xxxxxx1962
PO Box 190
Aurora, IL 60507-0190

Nittor R Jayaram MD Ltd
Acct No xxxxxx0015
17031 S Harlem Ave
Tinley Park, IL 60477

Northwestern Medical Faculty Foundation
Acct No x-xxxx3982
38693 Eagle Way
Chicago, IL 60678

OPTech
Acct No xxxxxx8191
138 N Schuyler Ave
Kankakee, IL 60901

Pain Specialists of Greater Chicago
Acct No xxxxxx1587
7055 High Grove Blvd
Suite 100
Burr Ridge, IL 60527

Pain Specialists of Greater Chicago
Acct No xxxxxx2770
7055 High Grove Blvd
Suite 100
Burr Ridge, IL 60527

Palos Community Hospital
Acct No Multiple accounts--see Sched F
12251 South 80th Ave
Palos Heights, IL 60463-0930
```

```
Parkview Orthopaedic Group SC
Acct No xxxxxx2594
7600 West College Dr
Palos Heights, IL 60463-1001

Parkview Orthopaedic Group SC
Acct No xxxxxx2783
7600 West College Dr
Palos Heights, IL 60463-1001

Partners Financial Services
Acct No xxxxxx3930
403 Axminister Dr
Fenton, MO 63026

Payliance
Acct No xxxxxx5009
2612 Jackson Ave W
Oxford, MS 38655

Pinnacle Financial Group
Acct No xxxxxx2649
7825 Washington Avenue S
Suite 310
Minneapolis, MN 55439

Portfolio Recovery Associates LLC
Acct No xxxxxx3257
120 Corporate Boulevard
Norfolk, VA 23502

Portfolio Recovery Associates LLC
Acct No xxxxxx2767
120 Corporate Boulevard
Norfolk, VA 23502

Practice Alternatives Inc
Acct No xxxxxxRM00
225 Route 35 Ste 208
Red Bank, NJ 07701

Pulmonary & Critical Care Cons
Acct No xxxxxx7016
10660 West 143rd St
Suite B
Orland Park, IL 60462

PYOD LLC
Acct No xxxxxx5183
PO Box 10497
Greenville, SC 29603
```

```
Radiology and Nuclear Consultants Ltd
Acct No xxxxxx5491
Ste 1SE
7808 W College Dr
Palos Heights, IL 60463

Renata J Variakojis MDSC
Acct No xxxxxx2451
PO Box 379
Orland Park, IL 60462-0379

RJM Acquisitions LLC
Acct No xxxxxx0890
575 Underhill Blvd
Suite 224
Syosset, NY 11791

RJM Acquisitions LLC
Acct No xxxxxx0941
575 Underhill Blvd
Suite 224
Syosset, NY 11791

Sikes, James
118 Cobblestone Trail
DeKalb, IL 60115

Silver Cross Hospital
Acct No Multiple accounts--see Sched F
1200 Maple Road
Joliet, IL 60432

Southwest Credit Systems LP
Acct No xx31759431
3120 International Pkwy
Suite 1100
Carrollton, TX 75007-1958

Southwest Pediatrics
Acct No xxxx35-00
8100 W 119th St, Ste 400
One Park Place
Palos Park, IL 60464-3080

Thomas, Michael
19430 Edgebrook
Tinley Park, IL 60487

United Recovery Service LLC
Acct No xxxxx0778
18525 Torrence Ave
Suite C-6
Lansing, IL 60438
```

```
Village of New Lenox
Acct No 300-1559-00-01
1 Veterans Parkway
New Lenox, IL 60451-2137

Zenith Acquisition Corp
Acct No xxxxxx7017
170 Northpointe Parkway
Suite300
Buffalo, NY 14228
```