# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MURPHY, MICHAEL J § Case No. 11-07737
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/26/2011 . The undersigned trustee was appointed on 02/25/2011 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of    $    50,200.26

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 6,799.00 |
| Bank service fees | 125.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]    $    43,276.26

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 02/14/2012 and the deadline for filing governmental claims was 02/14/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,760.01 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,760.01 , for a total compensation of $ 5,760.01 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 34.62 , for total expenses of $ 34.62 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/28/2013          By:/s/MICHAEL G. BERLAND
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 11-07737    BL    Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | MURPHY, MICHAEL J | Date Filed (f) or Converted (c): | 02/26/11 (f) |
| | | 341(a) Meeting Date: | 03/28/11 |
| For Period Ending: 03/28/13 | | Claims Bar Date: | 02/14/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash-scheduled | 125.00 | 0.00 | | 0.00 | FA |
| 2. Chase checking-scheduled | 213.50 | 0.00 | | 0.00 | FA |
| 3. Chase savings-scheduled | 6.50 | 0.00 | | 0.00 | FA |
| 4. Secuirty deposit with landlord-scheduled | 1,762.50 | 0.00 | | 0.00 | FA |
| 5. Household goods-scheduled | 3,315.00 | 0.00 | | 0.00 | FA |
| 6. Wearing apparel-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Wedding rings-scheduled | 900.00 | 0.00 | | 0.00 | FA |
| 8. Guns, golf clubs, guitar-scheduled | 750.00 | 0.00 | | 0.00 | FA |
| 9. IRA-scheduled | 130,000.00 | 0.00 | | 0.00 | FA |
| 10. Shares of stock-Mokena restaurant-scheduled | Unknown | 0.00 | | 45,000.00 | FA |
| 11. 2001 Saturn-scheduled | 1,017.50 | 0.00 | | 0.00 | FA |
| 12. Dodge Intrepd-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 13. 2 cats, 1 dog-scheduled | Unknown | 0.00 | | 0.00 | FA |
| 14. Distribution ownership interest in 191 South-uns (u) | 0.00 | 0.00 | | 2,600.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.26 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $139,590.00 | $0.00 | | $47,600.26 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The trustee hired special counsel to investigate the value of certain stock. The Trustee filied a motion to compromise
his interest in stock, which was granted. Tax returns have to be filed.

LFORM1    UST Form 101-7-TFR (5/1/2011) (Page: 3)    Ver: 17.00b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 11-07737    BL    Judge: Bruce W. Black | Trustee Name: MICHAEL G. BERLAND |
| Case Name: | MURPHY, MICHAEL J | Date Filed (f) or Converted (c): 02/26/11 (f) |
| | | 341(a) Meeting Date: 03/28/11 |
| | | Claims Bar Date: 02/14/12 |

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-07737 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | MURPHY, MICHAEL J | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******7265  Money Market Account |
| Taxpayer ID No: | *******0100 | | |
| For Period Ending: | 03/28/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/06/11 | | 191 South | Unscheduled distribution of dividend in 191 South DEPOSIT CHECK #11682 | 1223-000 | 2,600.00 | | 2,600.00 |
| 07/06/11 | 14 | 191 South | Unscheduled distirbution of dividend in 191 South DEPOSIT CHECK #11683 | 1223-000 | 2,600.00 | | 5,200.00 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,200.03 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,200.07 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,175.07 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,175.11 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,150.11 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,150.15 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,125.15 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,125.19 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,100.19 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,100.23 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,075.23 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,075.26 |
| 01/25/12 | | Transfer to Acct #*******5031 | Bank Funds Transfer | 9999-000 | | 5,075.26 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,200.26 | 5,200.26 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 5,075.26 | |
| Subtotal | 5,200.26 | 125.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,200.26 | 125.00 | |

Page Subtotals       5,200.26    5,200.26

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 11-07737 -BL | Trustee Name: MICHAEL G. BERLAND |
| Case Name: MURPHY, MICHAEL J | Bank Name: The Bank of New York Mellon |
| | Account Number / CD #: *******7266 Checking Account |
| Taxpayer ID No: *******0100 | |
| For Period Ending: 03/28/13 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals   0.00   0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| | |
|---|---|
| Case No: 11-07737 -BL | Trustee Name: MICHAEL G. BERLAND |
| Case Name: MURPHY, MICHAEL J | Bank Name: Congressional Bank |
| | Account Number / CD #: *******5031 Checking Account |
| Taxpayer ID No: *******0100 | |
| For Period Ending: 03/28/13 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******7265 | Bank Funds Transfer | 9999-000 | 5,075.26 | | 5,075.26 |
| 02/06/12 | 10 | Nicholas Janis | Payment stock interest | 1129-000 | 45,000.00 | | 50,075.26 |
| 03/29/12 | 001001 | Crowley & Lamb | Payment of attorney fee per court order | 3210-000 | | 5,934.00 | 44,141.26 |
| 03/29/12 | 001002 | Crowley & Lamb | Payment of expenses for special counsel fer court order | 3220-000 | | 365.00 | 43,776.26 |
| 03/04/13 | 001003 | Gloria Longest | Payment for tax prpearation | 3410-000 | | 500.00 | 43,276.26 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 50,075.26 | 6,799.00 | 43,276.26 |
| Less: Bank Transfers/CD's | 5,075.26 | 0.00 | |
| Subtotal | 45,000.00 | 6,799.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 45,000.00 | 6,799.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - *******7265 | 5,200.26 | 125.00 | 0.00 |
| Checking Account - *******7266 | 0.00 | 0.00 | 0.00 |
| Checking Account - *******5031 | 45,000.00 | 6,799.00 | 43,276.26 |
| | 50,200.26 | 6,924.00 | 43,276.26 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    50,075.26    6,799.00

UST Form 101-7-TFR (5/1/2011) (Page: 7)    Ver: 17.00b

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 28, 2013 |
|---|---|---|---|---|---|---|
| Case Number: 11-07737 | | Claim Class Sequence | | | | |
| Debtor Name: MURPHY, MICHAEL J | | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000004A<br>040<br>5800-00 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $33,040.78 | $0.00 | $33,040.78 |
| 000006<br>040<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Priority | | $2,192.52 | $0.00 | $2,192.52 |
| 000001<br>070<br>7100-00 | Commonwealth Edison Company<br>3 Lincoln Center<br>Attn: Bankruptcy Section<br>Oakbrook Terrace, IL 60181 | Unsecured | | $957.89 | $0.00 | $957.89 |
| 000002<br>070<br>7100-00 | Capital One Auto Finance (CODB)<br>P.O. Box 201347<br>Arlington, TX 76006 | Unsecured | | $4,629.20 | $0.00 | $4,629.20 |
| 000003<br>070<br>7100-00 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Unsecured | | $7,573.27 | $0.00 | $7,573.27 |
| 000005<br>070<br>7100-00 | Asset Acceptance, LLC<br>Assignee CAPITAL ONE BANK<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $1,296.62 | $0.00 | $1,296.62 |
| 000007<br>070<br>7100-00 | North Star Capital Acquisition Corp<br>170 Northpointe Pkwy<br>Suite 300<br>Amherst, NY 14228 | Unsecured | | $212.55 | $0.00 | $212.55 |
| 000008<br>070<br>7100-00 | Michael F Kelly<br>11521 Fenwood Court<br>Orland Park, IL 60461 | Unsecured | | $135,178.92 | $0.00 | $135,178.92 |
| 000009<br>070<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $4,599.80 | $0.00 | $4,599.80 |
| 000010<br>070<br>7100-00 | JPMorgan Chase Bank, N.A.<br>c/o Five Lakes Agency, Inc.<br>P.O. Box 80730<br>Rochester, MI 48308-0730 | Unsecured | | $40,407.27 | $0.00 | $40,407.27 |
| 000011<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $527.31 | $0.00 | $527.31 |
| 000012<br>070<br>7100-00 | Joseph J McGinnis Jr<br>1012 Elizabeth Ave<br>Naperville, IL 60540 | Unsecured | | $63,038.10 | $0.00 | $63,038.10 |

| Page 2 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: March 28, 2013 |

Case Number:  11-07737  
Debtor Name:  MURPHY, MICHAEL J

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000013<br>070<br>7100-00 | Michael L Thomas<br>19430 Edgebrook Lane<br>Tinley Park, IL 60487 | Unsecured | | $25,867.80 | $0.00 | $25,867.80 |
| 00014<br>070<br>7100-00 | Internal Revenue Service | Unsecured | | $40,966.22 | $0.00 | $40,966.22 |
| | Case Totals: | | | $360,488.25 | $0.00 | $360,488.25 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-07737
Case Name: MURPHY, MICHAEL J
Trustee Name: MICHAEL G. BERLAND

Balance on hand $ 43,276.26

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 5,760.01 | $ 0.00 | $ 5,760.01 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 34.62 | $ 0.00 | $ 34.62 |

Total to be paid for chapter 7 administrative expenses $ 5,794.63

Remaining Balance $ 37,481.63

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 35,233.30 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004A | Internal Revenue Service | $ 33,040.78 | $ 0.00 | $ 33,040.78 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Illinois Department of Revenue | $ 2,192.52 | $ 0.00 | $ 2,192.52 |

| | | | |
|---|---|---|---|
| | Total to be paid to priority creditors | $ | 35,233.30 |
| | Remaining Balance | $ | 2,248.33 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 325,254.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commonwealth Edison Company | $ 957.89 | $ 0.00 | $ 6.62 |
| 000002 | Capital One Auto Finance (CODB) | $ 4,629.20 | $ 0.00 | $ 32.00 |
| 000003 | Midland Credit Management, Inc. | $ 7,573.27 | $ 0.00 | $ 52.35 |
| 000005 | Asset Acceptance, LLC | $ 1,296.62 | $ 0.00 | $ 8.96 |
| 000007 | North Star Capital Acquisition Corp | $ 212.55 | $ 0.00 | $ 1.47 |
| 000008 | Michael F Kelly | $ 135,178.92 | $ 0.00 | $ 934.43 |
| 000009 | Midland Funding LLC | $ 4,599.80 | $ 0.00 | $ 31.80 |
| 000010 | JPMorgan Chase Bank, N.A. | $ 40,407.27 | $ 0.00 | $ 279.32 |
| 000011 | Portfolio Recovery Associates, LLC | $ 527.31 | $ 0.00 | $ 3.64 |
| 000012 | Joseph J McGinnis Jr | $ 63,038.10 | $ 0.00 | $ 435.75 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | Michael L Thomas | $ 25,867.80 | $ 0.00 | $ 178.81 |
| 00014 | Internal Revenue Service | $ 40,966.22 | $ 0.00 | $ 283.18 |

Total to be paid to timely general unsecured creditors     $          2,248.33

Remaining Balance                                          $              0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE