UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                    §
                                          §
MURPHY, MICHAEL J                         §     Case No. 11-07737
                                          §
          Debtor(s)                       §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF THE COURT
> 219 S. Dearborn
> Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 05/24/2013 in Courtroom ,
> Joliet City Hall
> 150 West Jefferson, 2nd floor, Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/16/2013            By: /s/ Michael G. Berland
                                                Trustee


*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
MURPHY, MICHAEL J          §   Case No. 11-07737
§
Debtor(s)             §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 50,200.26 |
| and approved disbursements of | $ 6,924.00 |
| leaving a balance on hand of[1] | $ 43,276.26 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 5,760.01 | $ 0.00 | $ 5,760.01 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 34.62 | $ 0.00 | $ 34.62 |
| Total to be paid for chapter 7 administrative expenses | | $ | 5,794.63 |
| Remaining Balance | | $ | 37,481.63 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 35,233.30 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004A | Internal Revenue Service | $ 33,040.78 | $ 0.00 | $ 33,040.78 |
| 000006 | Illinois Department of Revenue | $ 2,192.52 | $ 0.00 | $ 2,192.52 |

Total to be paid to priority creditors                                $         35,233.30

Remaining Balance                                                    $          2,248.33

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 325,254.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commonwealth Edison Company | $ 957.89 | $ 0.00 | $ 6.62 |
| 000002 | Capital One Auto Finance (CODB) | $ 4,629.20 | $ 0.00 | $ 32.00 |
| 000003 | Midland Credit Management, Inc. | $ 7,573.27 | $ 0.00 | $ 52.35 |
| 000005 | Asset Acceptance, LLC | $ 1,296.62 | $ 0.00 | $ 8.96 |
| 000007 | North Star Capital Acquisition Corp | $ 212.55 | $ 0.00 | $ 1.47 |
| 000008 | Michael F Kelly | $ 135,178.92 | $ 0.00 | $ 934.43 |
| 000009 | Midland Funding LLC | $ 4,599.80 | $ 0.00 | $ 31.80 |
| 000010 | JPMorgan Chase Bank, N.A. | $ 40,407.27 | $ 0.00 | $ 279.32 |
| 000011 | Portfolio Recovery Associates, LLC | $ 527.31 | $ 0.00 | $ 3.64 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Joseph J McGinnis Jr | $ 63,038.10 | $ 0.00 | $ 435.75 |
| 000013 | Michael L Thomas | $ 25,867.80 | $ 0.00 | $ 178.81 |
| 00014 | Internal Revenue Service | $ 40,966.22 | $ 0.00 | $ 283.18 |

Total to be paid to timely general unsecured creditors    $ 2,248.33

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:  /s/ Michael G. Berland
Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 11-07737-BWB
Michael J Murphy                                                       Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: wepps              Page 1 of 5              Date Rcvd: Apr 17, 2013
                              Form ID: pdf006          Total Noticed: 130

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2013.
```
db         +Michael J Murphy,    1145 Hickory Creek Drive,    New Lenox, IL 60451-3400
16874920   #+AT&T,    Acct No xxxxxxxx5670,   PO Box 6428,    Carol Stream, IL 60197-6428
16874921   #+AT&T,    Acct No xxxxxxxxxx8121,    PO Box 6428,    Carol Stream, IL 60197-6428
16874903    +Absolute Vision Care II Ltd,    Acct No xxxxxx1859,    20006 S Wolf Rd,    Mokena, IL 60448-1320
16874905    +Advocate Medical Group,    Acct No xxxxxx8627,    701 Lee St,    Des Plaines, IL 60016-4539
16957477    +Allied Anes Assoc PC,    POB 1123,    Jackson, MI 49204-1123
16874906    +Amsher,    Acct No xxxxxx0369,    600 Beacon Parkway West, Suite 300,    Birmingham, AL 35209-3114
16957480    +Andrea Oprosko,    1842 Colonial Ln, Unit 4,    Chanhassen, MN 55317-4677
16874907    +Arbor Center for Eyecare,    Acct No xxxxxx6447,    2640 W 183rd St,    Homewood, IL 60430-2900
16874913    +Arrow Financial Services,    Acct No xxxxxx1433,    5996 W Touhy Ave,    Niles, IL 60714-4610
16874914    +Arrow Financial Services,    Acct No xxxxxx5120,    5996 W Touhy Ave,    Niles, IL 60714-4610
16874915    +Asset Acceptance LLC,    c/o Blitt and Gaines, P.C.,     661 Glenn Ave,    Wheeling, IL 60090-6017
16874919     Associated Urological Specialists,    Acct No xxxxxx3310,    PO Box 516,
             Bedford Park, IL 60499-0516
16874922    +Barons Creditors Service Corp,    Acct No xxxxxx5609,    155 Revere Dr,    Northbrook, IL 60062-1558
16874923    +Brian Sweeney,    19903 Fiona Ave,    Mokena, IL 60448-3322
16874927     CB USA Inc,    Acct No xxxxxx0856,    5252 Hohman Ave,    Indianapolis, IN 46219
16874928     CB USA Inc,    Acct No xxxxxx4205,    5252 Hohman Ave,    Indianapolis, IN 46219
16874929     CB USA Inc,    Acct No xxxxxx8209,    5252 Hohman Ave,    Indianapolis, IN 46219
16874931    ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,     Acct No xxxxxx5644,    PO Box 9223,
             Farmington, MI 48333)
16874924     Callahan, Therese,    7923 Lakeview Terrace,    Tinley Park, IL 60487-5164
16874925     Capital One,    Acct No xxxxxx8414,    PO Box 30285,    Salt Lake City, UT 84130-0285
16874930     Childrens Surgical Foundation,    Acct No xxxxx-QCPD,    777 Oakmont Lane, Suite 1600,
             c/o KLO Professional Billing,    Westmont, IL 60559-5577
16957479    +Chrysler Financial,    POB 513,    Southfield, MI 48037-0513
16874932     Citi,    Acct No xxxxxx2324,    Box 6000,    The Lakes, NV 89163-6000
16957476    +City of Chicago,    Dept of Revenue,    POB 88292,    Chicago, IL 60680-1292
16957481    +Claire Murphy,    1145 Hickory Creek Dr,    New Lenox, IL 60451-3400
16874934    +Collection Company of America,     Acct No xxxxxx4508,    700 Longwater Dr,    Norwell, MA 02061-1796
16874933    +Collection Company of America,     Acct No xxxxxx4512,    700 Longwater Dr,    Norwell, MA 02061-1796
16874935    +Collection Company of America,     Acct No xxxxxx6327,    700 Longwater Dr,    Norwell, MA 02061-1796
16874937    +Credit Acceptance,    Acct No xxxxxx6876,    PO Box 513,    Southfield, MI 48037-0513
16874938    +Credit Management LP,    Acct No xxxxxx9279,    4200 International Parkway,
             Carrolton, TX 75007-1912
16874939    +Department Stores National Bank,    Acct No xxxxxx2320,    PO Box 8066,    Mason, OH 45040-8066
16874940    +Donald J Bush OD,    10434 S Kedzie,    Chicago, IL 60655-2018
16874941     EM Strategies Ltd,    Acct No xxxxxx5010,    PO Box 1208,    Bedford Park, IL 60499-1208
16874943    +FBCS Services,    Acct No xxxxx1625,    2200 Byberry Rd,    Ste 120,    Hatboro, PA 19040-3739
16874944    +First Federal Credit Control - Columbus,     Acct No xxxxxx6263,    PO Box 20790,
             Columbus, OH 43220-0790
16874945    +Functional Therapy and Rehabilitation PC,     Acct No xxxxxx3601,    14301 Golden Oak Dr,
             Homer Glen, IL 60491-9696
16874947    +Harris and Harris,    Acct No Multiple accounts,    222 Merchandise Mart Plaza,    Suite 1900,
             Chicago, IL 60654-1421
16874948    +Hearst Magazines,    Acct No xxxxxx3236,    PO Box 6000,    Harlan, IA 51593-1500
16874949     High Tech Medical Park,    Acct No xxx8589,    0236 Momentum Place,    Chicago, IL 60689-5302
16874950     High Tech Medical Park,    Acct No xxxxxx0474,    0236 Momentum Place,    Chicago, IL 60689-5302
16874959    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Section, Level 7-425,
             100 W Randolph St,    Chicago, IL 60601)
16874958     Illinois Collection Service Inc,    Acct No xxxxxx5272,    PO Box 1010,
             Tinley Park, IL 60477-9110
16874956    +Illinois Collection Service Inc,    Acct No xxxxxx3486,    8231 185th Street,    Suite 100,
             Tinley Park, IL 60487-9356
16874957    +Illinois Collection Service Inc,    Acct No xxxxxx5475,    8231 185th Street,    Suite 100,
             Tinley Park, IL 60487-9356
16874954    +Illinois Collection Service Inc,    Acct No xxxxxx8062,    8231 185th Street,    Suite 100,
             Tinley Park, IL 60487-9356
16874955    +Illinois Collection Service Inc,    Acct No xxxxxx8063,    8231 185th Street,    Suite 100,
             Tinley Park, IL 60487-9356
16874953    +Illinois Collection Service Inc,    Acct No xxxxxx9239,    8231 185th Street,    Suite 100,
             Tinley Park, IL 60487-9356
18102671     Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
16874960    +Illinois Tollway,    Acct No xxxxxxx9560,    2700 Ogden Ave,    Downers Grove, IL 60515-1703
16874961    +Internal Medicine & Family,    Acct No xxxxI000,    1719 Glenwood Ave,    Joliet, IL 60435-5835
19423087     JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
             Rochester, MI 48308-0730
16874963    +Jeffrey C Curtin DO,    Acct No xxxxI002,    PO Box 470,    Palos Park, IL 60464-0470
16874964    +Jon Popp,    19805 Fiona Ave,    Mokena, IL 60448-3321
18485913    +Joseph J McGinnis Jr,    1012 Elizabeth Ave,    Naperville, IL 60540-5516
16874965    +Kelly, Michael F,    c/o Crowley & Lamb PC,    350 N LaSalle St, Suite 900,
             Chicago, IL 60654-5136
```

```
District/off: 0752-1          User: wepps               Page 2 of 5                   Date Rcvd: Apr 17, 2013
                              Form ID: pdf006           Total Noticed: 130

16874969       +LVNV Funding LLC,    Acct No xxxxxx8627,    625 Pilot Road,    Suite 2,    Las Vegas, NV 89119-4485
16874967       +Lincoln Way East High School,    Acct No xxxxxx1058,    201 Colorado Ave,
                 Frankfort, IL 60423-1333
16874968       +Loyola University Medical Center,    Acct No xxxxxxx0014,    2160 South First Ave,
                 Maywood, IL 60153-3328
16874970       +McGinnis, Joe,    c/o Michael Thomas,    19430 Edgebrook,    Tinley Park, IL 60487-7013
16874971       +Medical Business Bureau Inc,    Acct No xxxxxx0001,    1460 Renaissance Drive,
                 Park Ridge, IL 60068-1349
16874972       +Medical Business Bureau Inc,    Acct No xxxxxx9204,    1460 Renaissance Drive,
                 Park Ridge, IL 60068-1349
16874973       +Medical Reimbursement Specialists LLC,    Acct No xxxxxx3310,    15234 S Harlem Ave,    Lower Level,
                 Orland Park, IL 60462-4330
18302425       +Michael F Kelly,    11521 Fenwood Court,    Orland Park, IL 60467-7140
18485941       +Michael L Thomas,    19430 Edgebrook Lane,    Tinley Park, IL 60487-7013
19927529        Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
                 Miami, FL 33131-1605
16874978       +Murphy, David,    19512 Southfield Ln,    Tinley Park, IL 60487-5158
16874979       +Murphy, John,    19500 Forestdale Ct,    Mokena, IL 60448-8262
16874980       +Mutual Hospital Services, Inc.,    Acct No xxxxxx9513,    2525 N Shadeland,
                 Indianapolis, IN 46219-1787
16874983       +New Lenox School District 122,    Acct No xxxxxx4091,    102 S Cedar Rd,    New Lenox, IL 60451-1702
16874984       +New Lenox School District 122,    Acct No xxxxxx4111,    102 S Cedar Rd,    New Lenox, IL 60451-1702
16874989       +Nittor R Jayaram MD Ltd,    Acct No xxxxxx0015,    17031 S Harlem Ave,    Tinley Park, IL 60477-2739
18152676       +North Star Capital Acquisition Corp,    170 Northpointe Pkwy,    Suite 300,
                 Amherst, NY 14228-1992
16874990       +Northwestern Medical Faculty Foundation,    Acct No x-xxxx3982,    38693 Eagle Way,
                 Chicago, IL 60678-1386
16874991       +OPTech,    Acct No xxxxxx8191,    138 N Schuyler Ave,    Kankakee, IL 60901-3829
16875001      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates LLC,     Acct No xxxxxx2767,
                 120 Corporate Boulevard,    Norfolk, VA 23502)
16874992       +Pain Specialists of Greater Chicago,    Acct No xxxxxx1587,    7055 High Grove Blvd,    Suite 100,
                 Burr Ridge, IL 60527-7593
16874993       +Pain Specialists of Greater Chicago,    Acct No xxxxxx2770,    7055 High Grove Blvd,    Suite 100,
                 Burr Ridge, IL 60527-7593
16874994        Palos Community Hospital,    Acct No Multiple accounts--see Sched F,    12251 South 80th Ave,
                 Palos Heights, IL 60463-0930
16874995       +Parkview Orthopaedic Group SC,    Acct No xxxxxx2594,    7600 West College Dr,
                 Palos Heights, IL 60463-1066
16874996       +Parkview Orthopaedic Group SC,    Acct No xxxxxx2783,    7600 West College Dr,
                 Palos Heights, IL 60463-1066
16874999       +Pinnacle Financial Group,    Acct No xxxxxx2649,    7825 Washington Avenue S,    Suite 310,
                 Minneapolis, MN 55439-2424
16875002       +Practice Alternatives Inc,    Acct No xxxxxxRM00,    225 Route 35 Ste 208,
                 Red Bank, NJ 07701-5919
16875003       +Pulmonary & Critical Care Cons,    Acct No xxxxxx7016,    10660 West 143rd St,    Suite B,
                 Orland Park, IL 60462-1989
16875006        Renata J Variakojis MDSC,    Acct No xxxxxx2451,    PO Box 379,    Orland Park, IL 60462-0379
16875009       +Sikes, James,    118 Cobblestone Trail,    DeKalb, IL 60115-5206
16875010       +Silver Cross Hospital,    Acct No Multiple accounts--see Sched F,    1200 Maple Road,
                 Joliet, IL 60432-1439
16875011        Southwest Credit Systems LP,    Acct No xx31759431,    3120 International Pkwy,    Suite 1100,
                 Carrollton, TX 75007-1958
16875012       +Southwest Pediatrics,    Acct No xxxx35-00,    8100 W 119th St, Ste 400,    One Park Place,
                 Palos Park, IL 60464-3041
16875013       +Thomas, Michael,    19430 Edgebrook,    Tinley Park, IL 60487-7013
16875014       +United Recovery Service LLC,    Acct No xxxxx0778,    18525 Torrence Ave,    Suite C-6,
                 Lansing, IL 60438-2891
16875015       +Village of New Lenox,    Acct No 300-1559-00-01,    1 Veterans Parkway,    New Lenox, IL 60451-2387
16875016       +Zenith Acquisition Corp,    Acct No xxxxxx7017,    170 Northpointe Parkway,    Suite300,
                 Buffalo, NY 14228-1991
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16874920       +E-mail/Text: g20956@att.com Apr 18 2013 02:06:00      AT&T,   Acct No xxxxxxxx5670,    PO Box 6428,
                 Carol Stream, IL 60197-6428
16874921       +E-mail/Text: g20956@att.com Apr 18 2013 02:06:01      AT&T,   Acct No xxxxxxxxxx8121,
                 PO Box 6428,    Carol Stream, IL 60197-6428
16874911       +E-mail/Text: RBALTAZAR@ARMORSYS.COM Apr 18 2013 02:06:13      Armor Systems Co,
                 Acct No xxxxxx2089,    1700 Kiefer Dr,    Suite 1,    Zion, IL 60099-5105
16874910       +E-mail/Text: RBALTAZAR@ARMORSYS.COM Apr 18 2013 02:06:13      Armor Systems Co,
                 Acct No xxxxxx2289,    1700 Kiefer Dr,    Suite 1,    Zion, IL 60099-5105
16874909       +E-mail/Text: RBALTAZAR@ARMORSYS.COM Apr 18 2013 02:06:13      Armor Systems Co,
                 Acct No xxxxxx2831,    1700 Kiefer Dr,    Suite 1,    Zion, IL 60099-5105
16874908       +E-mail/Text: RBALTAZAR@ARMORSYS.COM Apr 18 2013 02:06:13      Armor Systems Co,
                 Acct No xxxxxx5353,    1700 Kiefer Dr,    Suite 1,    Zion, IL 60099-5105
16874912       +E-mail/Text: RBALTAZAR@ARMORSYS.COM Apr 18 2013 02:06:13      Armor Systems Co,
                 Acct No xxxxxx8622,    1700 Kiefer Dr,    Suite 1,    Zion, IL 60099-5105
16874916       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 18 2013 02:04:50      Asset Acceptance LLC,
                 Acct No xxxxxx2449,    PO Box 2036,    Warren, MI 48090-2036
```

```
District/off: 0752-1          User: wepps                 Page 3 of 5                   Date Rcvd: Apr 17, 2013
                              Form ID: pdf006             Total Noticed: 130


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
16874917      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 18 2013 02:04:50      Asset Acceptance LLC,
               Acct No xxxxxx0510,    PO Box 2036,   Warren, MI 48090-2036
16874918      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 18 2013 02:04:50      Asset Acceptance LLC,
               Acct No xxxxxx3641,    PO Box 2036,   Warren, MI 48090-2036
18096684      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 18 2013 02:04:50      Asset Acceptance, LLC,
               Assignee CAPITAL ONE BANK,    PO Box 2036,   Warren, MI 48090-2036
16874926      +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Apr 18 2013 02:06:55
               Capital One Auto Finance,    Acct No xxxxxx0735,   3905 North Dallas Parkway,
               Plano, TX 75093-7892
18067244      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Apr 18 2013 02:51:33
               Capital One Auto Finance (CODB),    P.O. Box 201347,   Arlington, TX 76006-1347
18460488       E-mail/PDF: rmscedi@recoverycorp.com Apr 18 2013 02:25:46      Capital Recovery III LLC,
               c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
16874936      +E-mail/Text: legalcollections@comed.com Apr 18 2013 02:06:03      ComEd,   Acct No xxxxxx5021,
               Customer Care Center, Attn: Revenue,    Management Dept 2100 Swift Drive,
               Oak Brook, IL 60523-1559
17188709      +E-mail/Text: legalcollections@comed.com Apr 18 2013 02:06:03      Commonwealth Edison Company,
               3 Lincoln Center,   Attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
16874942      +E-mail/Text: bknotice@erccollections.com Apr 18 2013 02:12:48      Enhanced Recovery Company LLC,
               Acct No xxxxxx6386,    8014 Bayberry Rd,   Jacksonville, FL 32256-7412
16874946      +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2013 02:20:26      GE Money Bank,   Acct No xxxxxx2353,
               Attn: Bankruptcy Department,    PO Box 103104,   Roswell, GA 30076-9104
16874952       E-mail/Text: Bankruptcy@icsystem.com Apr 18 2013 02:12:30      IC System Inc,   Acct No xxxxxx4001,
               444 Highway 96 East,    Saint Paul, MN 55127-2557
16874951       E-mail/Text: Bankruptcy@icsystem.com Apr 18 2013 02:12:30      IC System Inc,   Acct No xxxxxx7227,
               444 Highway 96 East,    Saint Paul, MN 55127-2557
16874962       E-mail/Text: cio.bncmail@irs.gov Apr 18 2013 02:01:49      Internal Revenue Service,
               Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
16987652       E-mail/Text: ECF@SHERMETA.COM Apr 18 2013 02:13:31      J.P. Morgan Chase Bank, N.A.,
               c/o Shermeta, Adams & Von Allmen, P.C.,   P.O. Box 80908,    Rochester Hills, MI  48308-0908
16874966      +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 18 2013 02:04:27      Kohl's,   Acct No xxxxxx8152,
               PO Box 3043,   Milwaukee, WI 53201-3043
16874974      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 18 2013 02:04:55      Midland Credit Management,
               Acct No xxxxxx3884,    8875 Aero Dr,   San Diego, CA 92123-2255
16874976      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 18 2013 02:04:55      Midland Credit Management,
               Acct No xxxxxx5015,    8875 Aero Dr,   San Diego, CA 92123-2255
16874975      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 18 2013 02:04:55      Midland Credit Management,
               Acct No xxxxxx8405,    8875 Aero Dr,   San Diego, CA 92123-2255
18067404      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 18 2013 02:04:55      Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
16874977       E-mail/Text: mmrgbk@miramedrg.com Apr 18 2013 02:12:35      MiraMed Revenue Group,
               Acct No x9904, x2894, x3790, x3777,    Dept 77304,   PO Box 77000,   Detroit, MI 48277-0304
16874982      +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 18 2013 03:05:29
               NCO Financial Systems, Inc.,    Acct No xxxxxx2999,   507 Prudential Road,
               Horsham, PA 19044-2308
16874981      +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 18 2013 03:05:29
               NCO Financial Systems, Inc.,    Acct No xxxxxx3225,   507 Prudential Road,
               Horsham, PA 19044-2308
16874987       E-mail/Text: bankrup@aglresources.com Apr 18 2013 02:04:02      Nicor Gas,   Acct No xxxxxx1860,
               PO Box 190,   Aurora, IL 60507-0190
16874988       E-mail/Text: bankrup@aglresources.com Apr 18 2013 02:04:02      Nicor Gas,   Acct No xxxxxx1962,
               PO Box 190,   Aurora, IL 60507-0190
16874986       E-mail/Text: bankrup@aglresources.com Apr 18 2013 02:04:02      Nicor Gas,   Acct No xxxxxx2643,
               PO Box 190,   Aurora, IL 60507-0190
16874985       E-mail/Text: bankrup@aglresources.com Apr 18 2013 02:04:01      Nicor Gas,
               Acct No xx-xx-xx-x821-4,    PO Box 190,   Aurora, IL 60507-0190
16874997       E-mail/Text: holly@partners-mo.com Apr 18 2013 02:12:02      Partners Financial Services,
               Acct No xxxxxx3930,    403 Axminister Dr,   Fenton, MO 63026
16875004      +E-mail/Text: resurgentbknotifications@resurgent.com Apr 18 2013 02:03:32      PYOD LLC,
               Acct No xxxxxx5183,    PO Box 10497,   Greenville, SC 29603-0497
16875007      +E-mail/Text: rjm@ebn.phinsolutions.com Apr 18 2013 02:04:47      RJM Acquisitions LLC,
               Acct No xxxxxx0890,    575 Underhill Blvd,   Suite 224,   Syosset, NY 11791-3416
16875008      +E-mail/Text: rjm@ebn.phinsolutions.com Apr 18 2013 02:04:47      RJM Acquisitions LLC,
               Acct No xxxxxx0941,    575 Underhill Blvd,   Suite 224,   Syosset, NY 11791-3416
19927530       E-mail/PDF: rmscedi@recoverycorp.com Apr 18 2013 02:23:30
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 39

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16874902*     +Michael J Murphy,   1145 Hickory Creek Drive,   New Lenox, IL 60451-3400
16875000*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates LLC,    Acct No xxxxxx3257,
               120 Corporate Boulevard,   Norfolk, VA 23502)
18482044*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541)
```

```
District/off: 0752-1              User: wepps                 Page 4 of 5                  Date Rcvd: Apr 17, 2013
                                  Form ID: pdf006             Total Noticed: 130
```

```
16874904   ##+Advanced Urology Associates,   Acct No xxxxxx6990,   812 Campus Dr,   Joliet, IL 60435-5128
16874901   ##+David M Madden,    David M Madden Law Offices PC,    PO Box 5658,   Woodridge, IL 60517-0658
16957478   ##+Edison Publishing,    2855 S Congress Ave,    Ste A,    Delray Beach, FL 33445-7312
16874998   ##+Payliance,    Acct No xxxxxx5009,    2612 Jackson Ave W,    Oxford, MS 38655-5405
16875005   ##+Radiology and Nuclear Consultants Ltd,    Acct No xxxxxx5491,    Ste 1SE,    7808 W College Dr,
             Palos Heights, IL 60463-1095
                                                                                   TOTALS: 0, * 3, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2013**                         **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1            User: wepps              Page 5 of 5                  Date Rcvd: Apr 17, 2013
                                Form ID: pdf006          Total Noticed: 130
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2013 at the address(es) listed below:
     Adela C. Lucchesi    on behalf of Spec. Counsel    Crowley & Lamb PC alucchesi@crowleylamb.com,
     luribe@crowleylamb.com
     Adela C. Lucchesi    on behalf of Trustee Michael G Berland alucchesi@crowleylamb.com,
     luribe@crowleylamb.com
     David M Madden    on behalf of Debtor Michael J Murphy dmadden@dmaddenlaw.com
     Francis J. Pendergast, III    on behalf of Spec. Counsel    Crowley & Lamb PC
     fpendergast@crowleylamb.com,   ibenavides@crowleylamb.com;docket@crowleylamb.com
     Michael G Berland    einstein829@earthlink.net,   IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
     Patrick D. Lamb    on behalf of Trustee Michael G Berland plamb@crowleylamb.com,
     raguilar@crowleylamb.com;docket@crowleylamb.com
     Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                             TOTAL: 7