# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MURPHY, MICHAEL J | § | Case No. 11-07737 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:
*(Without deducting any secured claims)*

Assets Exempt:

Total Distributions to Claimants:

Claims Discharged
Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $                    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $                    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on               .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/MICHAEL G. BERLAND _____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| CROWLEY & LAMB | | | | | |
| CROWLEY & LAMB | | | | | |
| LONGEST, GLORIA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago Department of Revenue PO Box 88292 Chicago, IL 60680 | | | | | |
| | Illinois Department of Revenue Bankruptcy Section, Level 7-425 100 W Randolph St Chicago, IL 60601 | | | | | |
| | Illinois Tollway 2700 Ogden Ave Downers Grove, IL 60515 | | | | | |
| | Illinois Tollway 2700 Ogden Ave Downers Grove, IL 60515 | | | | | |
| 000006 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000004A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T PO Box 6428 Carol Stream, IL 60197 | | | | | |
| | AT&T PO Box 6428 Carol Stream, IL 60197 | | | | | |
| | Absolute Vision Care II Ltd 20006 S Wolf Rd Mokena, IL 60448 | | | | | |
| | Advanced Urology Associates 812 Campus Dr Joliet, IL 60435 | | | | | |
| | Advocate Medical Group 701 Lee St Des Plaines, IL 60016 | | | | | |
| | Allied Anes Assoc PC PO Box 1123 Jackson, MI 49204 | | | | | |
| | Amsher 600 Beacon Parkway West, Suite 300 Birmingham, AL 35209 | | | | | |
| | Arbor Center for Eyecare 2640 W 183rd St Homewood, IL 60430-2914 | | | | | |
| | Armor Systems Co 1700 Kiefer Dr Suite 1 Zion, IL 60099 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Armor Systems Co 1700 Kiefer Dr Suite 1 Zion, IL 60099 | | | | | |
| | Armor Systems Co 1700 Kiefer Dr Suite 1 Zion, IL 60099 | | | | | |
| | Armor Systems Co 1700 Kiefer Dr Suite 1 Zion, IL 60099 | | | | | |
| | Armor Systems Co 1700 Kiefer Dr Suite 1 Zion, IL 60099 | | | | | |
| | Arrow Financial Services 5996 W Touhy Ave Niles, IL 60714 | | | | | |
| | Arrow Financial Services 5996 W Touhy Ave Niles, IL 60714 | | | | | |
| | Asset Acceptance LLC PO Box 2036 Warren, MI 48090 | | | | | |
| | Asset Acceptance LLC PO Box 2036 Warren, MI 48090 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Asset Acceptance LLC c/o Blitt and Gaines, P.C. 661 Glenn Ave Wheeling, IL 60090 | | | | | |
| | Associated Urological Specialists PO Box 516 Bedford Park, IL 60499-0516 | | | | | |
| | Barons Creditors Service Corp 155 Revere Dr Northbrook, IL 60062 | | | | | |
| | CB USA Inc 5252 Hohman Ave Indianapolis, IN 46219 | | | | | |
| | CB USA Inc 5252 Hohman Ave Indianapolis, IN 46219 | | | | | |
| | CB USA Inc 5252 Hohman Ave Indianapolis, IN 46219 | | | | | |
| | Callahan, Therese 7923 Lakeview Terrace Tinley Park, IL 60487-5164 | | | | | |
| | Capital One PO Box 30285 Salt Lake City, UT 84130-0285 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Childrens Surgical Foundation 777 Oakmont Lane, Suite 1600 c/o KLO Professional Billing Westmont, IL 60559-5577 | | | | | |
| | Citi Box 6000 The Lakes, NV 89163-6000 | | | | | |
| | Collection Company of America 700 Longwater Dr Norwell, MA 02061 | | | | | |
| | Collection Company of America 700 Longwater Dr Norwell, MA 02061 | | | | | |
| | Collection Company of America 700 Longwater Dr Norwell, MA 02061 | | | | | |
| | ComEd Customer Care Center, Attn: Revenue Management Dept 2100 Swift Drive Oak Brook, IL 60523 | | | | | |
| | Credit Management LP 4200 International Parkway Carrolton, TX 75007 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Department Stores National Bank PO Box 8066 Mason, OH 45040 | | | | | |
| | Donald J Bush OD 10434 S Kedzie Chicago, IL 60655 | | | | | |
| | EM Strategies Ltd PO Box 1208 Bedford Park, IL 60499-1208 | | | | | |
| | Edison Publishing 2855 S Congress Ave Suite A Delray Beach, FL 33445 | | | | | |
| | Enhanced Recovery Company LLC 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |
| | FBCS Services 2200 Byberry Rd Ste 120 Hatboro, PA 19040-3738 | | | | | |
| | First Federal Credit Control - Columbus PO Box 20790 Columbus, OH 43220 | | | | | |
| | Functional Therapy and Rehabilitation PC 14301 Golden Oak Dr Homer Glen, IL 60491 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GE Money Bank Attn: Bankruptcy Department PO Box 103104 Roswell, GA 30076 | | | | | |
| | Harris and Harris 222 Merchandise Mart Plaza Suite 1900 Chicago, IL 60654 | | | | | |
| | Hearst Magazines PO Box 6000 Harlan, IA 51593 | | | | | |
| | High Tech Medical Park 0236 Momentum Place Chicago, IL 60689-5302 | | | | | |
| | High Tech Medical Park 0236 Momentum Place Chicago, IL 60689-5302 | | | | | |
| | IC System Inc 444 Highway 96 East Saint Paul, MN 55127-2557 | | | | | |
| | IC System Inc 444 Highway 96 East Saint Paul, MN 55127-2557 | | | | | |
| | Illinois Collection Service Inc 8231 185th Street Suite 100 Tinley Park, IL 60487 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Collection Service Inc 8231 185th Street Suite 100 Tinley Park, IL 60487 | | | | | |
| | Illinois Collection Service Inc 8231 185th Street Suite 100 Tinley Park, IL 60487 | | | | | |
| | Illinois Collection Service Inc 8231 185th Street Suite 100 Tinley Park, IL 60487 | | | | | |
| | Illinois Collection Service Inc 8231 185th Street Suite 100 Tinley Park, IL 60487 | | | | | |
| | Illinois Collection Service Inc PO Box 1010 Tinley Park, IL 60477-9110 | | | | | |
| | Internal Medicine & Family 1719 Glenwood Ave Joliet, IL 60435 | | | | | |
| | Jeffrey C Curtin DO PO Box 470 Palos Park, IL 60464-9998 | | | | | |
| | Kohl's PO Box 3043 Milwaukee, WI 53201 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LVNV Funding LLC 625 Pilot Road Suite 2 Las Vegas, NV 89119 | | | | | |
| | Lincoln Way East High School 201 Colorado Ave Frankfort, IL 60423 | | | | | |
| | Loyola University Medical Center 2160 South First Ave Maywood, IL 60153 | | | | | |
| | Medical Business Bureau Inc 1460 Renaissance Drive Park Ridge, IL 60068 | | | | | |
| | Medical Business Bureau Inc 1460 Renaissance Drive Park Ridge, IL 60068 | | | | | |
| | Medical Reimbursement Specialists LLC 15234 S Harlem Ave Lower Level Orland Park, IL 60462 | | | | | |
| | Midland Credit Management 8875 Aero Dr San Diego, CA 92123 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Credit Management 8875 Aero Dr San Diego, CA 92123 | | | | | |
| | MiraMed Revenue Group Dept 77304 PO Box 77000 Detroit, MI 48277-0304 | | | | | |
| | Murphy, John 19500 Forestdale Ct Mokena, IL 60448 | | | | | |
| | Mutual Hospital Services, Inc. 2525 N Shadeland Indianapolis, IN 46219 | | | | | |
| | NCO Financial Systems, Inc. 507 Prudential Road Horsham, PA 19044 | | | | | |
| | NCO Financial Systems, Inc. 507 Prudential Road Horsham, PA 19044 | | | | | |
| | New Lenox School District 122 102 S Cedar Rd New Lenox, IL 60451 | | | | | |
| | New Lenox School District 122 102 S Cedar Rd New Lenox, IL 60451 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nicor Gas PO Box 190 Aurora, IL 60507-0190 | | | | | |
| | Nicor Gas PO Box 190 Aurora, IL 60507-0190 | | | | | |
| | Nicor Gas PO Box 190 Aurora, IL 60507-0190 | | | | | |
| | Nicor Gas PO Box 190 Aurora, IL 60507-0190 | | | | | |
| | Nittor R Jayaram MD Ltd 17031 S Harlem Ave Tinley Park, IL 60477 | | | | | |
| | Northwestern Medical Faculty Foundation 38693 Eagle Way Chicago, IL 60678 | | | | | |
| | OPTech 138 N Schuyler Ave Kankakee, IL 60901 | | | | | |
| | PYOD LLC PO Box 10497 Greenville, SC 29603 | | | | | |
| | Pain Specialists of Greater Chicago 7055 High Grove Blvd Suite 100 Burr Ridge, IL 60527 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pain Specialists of Greater Chicago 7055 High Grove Blvd Suite 100 Burr Ridge, IL 60527 | | | | | |
| | Palos Community Hospital 12251 South 80th Ave Palos Heights, IL 60463-0930 | | | | | |
| | Parkview Orthopaedic Group SC 7600 West College Dr Palos Heights, IL 60463-1001 | | | | | |
| | Parkview Orthopaedic Group SC 7600 West College Dr Palos Heights, IL 60463-1001 | | | | | |
| | Partners Financial Services 403 Axminister Dr Fenton, MO 63026 | | | | | |
| | Payliance 2612 Jackson Ave W Oxford, MS 38655 | | | | | |
| | Pinnacle Financial Group 7825 Washington Avenue S Suite 310 Minneapolis, MN 55439 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Portfolio Recovery Associates LLC 120 Corporate Boulevard Norfolk, VA 23502 | | | | | |
| | Practice Alternatives Inc 225 Route 35 Ste 208 Red Bank, NJ 07701 | | | | | |
| | Pulmonary & Critical Care Cons 10660 West 143rd St Suite B Orland Park, IL 60462 | | | | | |
| | RJM Acquisitions LLC 575 Underhill Blvd Suite 224 Syosset, NY 11791 | | | | | |
| | RJM Acquisitions LLC 575 Underhill Blvd Suite 224 Syosset, NY 11791 | | | | | |
| | Radiology and Nuclear Consultants Ltd Ste 1SE 7808 W College Dr Palos Heights, IL 60463 | | | | | |
| | Renata J Variakojis MDSC PO Box 379 Orland Park, IL 60462-0379 | | | | | |
| | Sikes, James 118 Cobblestone Trail DeKalb, IL 60115 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Silver Cross Hospital 1200 Maple Road Joliet, IL 60432 | | | | | |
| | Southwest Credit Systems LP 3120 International Pkwy Suite 1100 Carrollton, TX 75007-1958 | | | | | |
| | Southwest Pediatrics 8100 W 119th St, Ste 400 One Park Place Palos Park, IL 60464-3080 | | | | | |
| | United Recovery Service LLC 18525 Torrence Ave Suite C-6 Lansing, IL 60438 | | | | | |
| | Village of New Lenox 1 Veterans Parkway New Lenox, IL 60451-2137 | | | | | |
| 000005 | ASSET ACCEPTANCE, LLC | | | | | |
| 000002 | CAPITAL ONE AUTO FINANCE (CODB) | | | | | |
| 000001 | COMMONWEALTH EDISON COMPANY | | | | | |
| 00014 | INTERNAL REVENUE SERVICE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | JOSEPH J MCGINNIS JR | | | | | |
| 000010 | JPMORGAN CHASE BANK, N.A. | | | | | |
| 000008 | MICHAEL F KELLY | | | | | |
| 000013 | MICHAEL L THOMAS | | | | | |
| 000003 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |
| 000009 | MIDLAND FUNDING LLC | | | | | |
| 000007 | NORTH STAR CAPITAL ACQUISITION CORP | | | | | |
| 000011 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: | 11-07737   BL   Judge: Bruce W. Black |
| Case Name: | MURPHY, MICHAEL J |
| For Period Ending: | 09/16/13 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Date Filed (f) or Converted (c): | 02/26/11 (f) |
| 341(a) Meeting Date: | 03/28/11 |
| Claims Bar Date: | 02/14/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash-scheduled | 125.00 | 0.00 | | 0.00 | FA |
| 2. Chase checking-scheduled | 213.50 | 0.00 | | 0.00 | FA |
| 3. Chase savings-scheduled | 6.50 | 0.00 | | 0.00 | FA |
| 4. Secuirty deposit with landlord-scheduled | 1,762.50 | 0.00 | | 0.00 | FA |
| 5. Household goods-scheduled | 3,315.00 | 0.00 | | 0.00 | FA |
| 6. Wearing apparel-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Wedding rings-scheduled | 900.00 | 0.00 | | 0.00 | FA |
| 8. Guns, golf clubs, guitar-scheduled | 750.00 | 0.00 | | 0.00 | FA |
| 9. IRA-scheduled | 130,000.00 | 0.00 | | 0.00 | FA |
| 10. Shares of stock-Mokena restaurant-scheduled | Unknown | 0.00 | | 45,000.00 | FA |
| 11. 2001 Saturn-scheduled | 1,017.50 | 0.00 | | 0.00 | FA |
| 12. Dodge Intrepd-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 13. 2 cats, 1 dog-scheduled | Unknown | 0.00 | | 0.00 | FA |
| 14. Distribution ownership interest in 191 South-uns (u) | 0.00 | 2,600.00 | | 5,200.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.26 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $139,590.00 | $2,600.00 | | $50,200.26 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The trustee hired special counsel to investigate the value of certain stock. The Trustee  filed a motion to compromise

his interest in  stock, which was granted. Tax returns have to be filed.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2
Exhibit 8

Case No:        11-07737      BL    Judge: Bruce W. Black                                    Trustee Name:        MICHAEL G. BERLAND
Case Name:      MURPHY, MICHAEL J                                                            Date Filed (f) or Converted (c):   02/26/11 (f)
                                                                                             341(a) Meeting Date:               03/28/11
                                                                                             Claims Bar Date:                   02/14/12

Initial Projected Date of Final Report (TFR): 12/31/14        Current Projected Date of Final Report (TFR): 12/31/14

**UST Form 101-7-TDR (5/1/2011)** *(Page: 21)*

Ver: 17.03

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-07737 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | MURPHY, MICHAEL J | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******7265 Money Market Account |
| Taxpayer ID No: | *******0100 | | |
| For Period Ending: | 09/16/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/06/11 | 14 | 191 South | Unscheduled distribution of dividend in 191 South DEPOSIT CHECK #11682 | 1223-000 | 2,600.00 | | 2,600.00 |
| 07/06/11 | 14 | 191 South | Unscheduled distirbution of dividend in 191 South DEPOSIT CHECK #11683 | 1223-000 | 2,600.00 | | 5,200.00 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,200.03 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,200.07 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,175.07 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,175.11 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,150.11 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,150.15 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,125.15 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,125.19 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,100.19 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,100.23 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,075.23 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,075.26 |
| 01/25/12 | | Transfer to Acct #*******5031 | Bank Funds Transfer | 9999-000 | | 5,075.26 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 5,200.26 | 5,200.26 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 5,075.26 | |
| Subtotal | 5,200.26 | 125.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 5,200.26 | 125.00 | |

Page Subtotals          5,200.26          5,200.26

Ver: 17.03

**FORM 2**                                                                                           Page:   2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                    Exhibit 9

| Case No: | 11-07737 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | MURPHY, MICHAEL J | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******7266  Checking Account |
| Taxpayer ID No: | *******0100 | | | |
| For Period Ending: | 09/16/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals          0.00          0.00

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 23)*                                                        Ver: 17.03

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:        11-07737  -BL
Case Name:   MURPHY, MICHAEL J

Trustee Name:          MICHAEL G. BERLAND
Bank Name:             Congressional Bank
Account Number / CD #:   *******5031  Checking Account

Taxpayer ID No:  *******0100
For Period Ending:  09/16/13

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******7265 | Bank Funds Transfer | 9999-000 | 5,075.26 | | 5,075.26 |
| 02/06/12 | 10 | Nicholas Janis | Payment stock interest | 1129-000 | 45,000.00 | | 50,075.26 |
| 03/29/12 | 001001 | Crowley & Lamb | Payment of attorney fee per court order | 3210-000 | | 5,934.00 | 44,141.26 |
| 03/29/12 | 001002 | Crowley & Lamb | Payment of expenses for special counsel fer court order | 3220-000 | | 365.00 | 43,776.26 |
| 03/04/13 | 001003 | Gloria Longest | Payment for tax prperation | 3410-000 | | 500.00 | 43,276.26 |
| 05/28/13 | 001004 | MICHAEL G. BERLAND 1 NORTH LASALLE STREET STE 1775 CHICAGO, IL  60602 | Chapter 7 Compensation/Fees | 2100-000 | | 5,760.01 | 37,516.25 |
| 05/28/13 | 001005 | MICHAEL G. BERLAND 1 NORTH LASALLE STREET STE 1775 CHICAGO, IL  60602 | Chapter 7 Expenses | 2200-000 | | 34.62 | 37,481.63 |
| 05/28/13 | 001006 | Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346 | Claim 000004A, Payment 100.00000% | 5800-000 | | 33,040.78 | 4,440.85 |
| 05/28/13 | 001007 | Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338 | Claim 000006, Payment 100.00000% | 5800-000 | | 2,192.52 | 2,248.33 |
| 05/28/13 | 001008 | Commonwealth Edison Company 3 Lincoln Center Attn: Bankruptcy Section Oakbrook Terrace, IL 60181 | Claim 000001, Payment 0.69110% | 7100-000 | | 6.62 | 2,241.71 |
| 05/28/13 | 001009 | Capital One Auto Finance (CODB) P.O. Box 201347 | Claim 000002, Payment 0.69126% | 7100-000 | | 32.00 | 2,209.71 |

Page Subtotals      50,075.26      47,865.55

Ver: 17.03

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-07737  -BL | |
| Case Name: | MURPHY, MICHAEL J | |

Trustee Name:    MICHAEL G. BERLAND
Bank Name:    Congressional Bank
Account Number / CD #:    *******5031  Checking Account

Taxpayer ID No: *******0100
For Period Ending: 09/16/13

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Arlington, TX 76006 | | | | | |
| 05/28/13 | 001010 | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | Claim 000003, Payment 0.69125% | 7100-000 | | 52.35 | 2,157.36 |
| 05/28/13 | 001011 | Asset Acceptance, LLC Assignee CAPITAL ONE BANK PO Box 2036 Warren, MI 48090 | Claim 000005, Payment 0.69103% | 7100-000 | | 8.96 | 2,148.40 |
| 05/28/13 | 001012 | United States Bankruptcy Court IL | Claim 000007, Payment 0.69160% North Star Capital Acquisition Corp 170 Northpointe Pkwy Suite 300 Amherst, NY 14228 | 7100-000 | | 1.47 | 2,146.93 |
| 05/28/13 | 001013 | Michael F Kelly 11521 Fenwood Court Orland Park, IL 60461 | Claim 000008, Payment 0.69125% | 7100-000 | | 934.43 | 1,212.50 |
| 05/28/13 | 001014 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | Claim 000009, Payment 0.69133% | 7100-000 | | 31.80 | 1,180.70 |
| 05/28/13 | 001015 | JPMorgan Chase Bank, N.A. c/o Five Lakes Agency, Inc. P.O. Box 80730 Rochester, MI 48308-0730 | Claim 000010, Payment 0.69126% | 7100-000 | | 279.32 | 901.38 |
| 05/28/13 | 001016 | United States Bankruptcy Court IL | Claim 000011, Payment 0.69030% Portfolio Recovery Associates, LLC POB 41067 Norfolk VA 23541 | 7100-000 | | 3.64 | 897.74 |
| 05/28/13 | 001017 | Joseph J McGinnis Jr 1012 Elizabeth Ave | Claim 000012, Payment 0.69125% | 7100-000 | | 435.75 | 461.99 |

Page Subtotals    0.00    1,747.72

Ver: 17.03

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 25)*

FORM 2                                                                                          Page:    5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                   Exhibit 9

| Case No: | 11-07737 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | MURPHY, MICHAEL J | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******5031  Checking Account |
| Taxpayer ID No: | *******0100 | | | |
| For Period Ending: | 09/16/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/28/13 | 001018 | Naperville, IL 60540 Michael L Thomas 19430 Edgebrook Lane Tinley Park, IL 60487 | Claim 000013, Payment 0.69125% | 7100-000 | | 178.81 | 283.18 |
| 05/28/13 | 001019 | Internal Revenue Service | Claim 00014, Payment 0.69125% | 7100-000 | | 283.18 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 50,075.26 | 50,075.26 | 0.00 |
| Less:  Bank Transfers/CD's | 5,075.26 | 0.00 | |
| Subtotal | 45,000.00 | 50,075.26 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 45,000.00 | 50,075.26 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - *******7265 | 5,200.26 | 125.00 | 0.00 |
| Checking Account - ********7266 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********5031 | 45,000.00 | 50,075.26 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 50,200.26 | 50,200.26 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                           0.00                 461.99

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 26)*